NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TERRELL S. WILLIAMS, JR.,           )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No.  2D17-2645
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Tom Barber,
Judge.

PER CURIAM.

            Affirmed.

CRENSHAW, BLACK, and SALARIO, JJ., Concur.